Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| IN RE:  JACQUELINE D WHITE  DEBTOR | CHAPTER 13  CASE NUMBER: 16-15715-AMC |
|---|---|

## PRAECIPE TO RELIST MOTION FOR RELIEF

Kindly re-list the Motion for Relief for a new hearing date per the attached notice of motion.

          Respectfully Submitted:

          Stern & Eisenberg, PC

          By: /s/ Christopher M. McMonagle, Esq.
          Christopher M. McMonagle,
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Fax: (215) 572-5025
          Bar Number: 316043
          Email: cmcmonagle@sterneisenberg.com

Date: December 5, 2017